# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF GEORGIA
## MACON DIVISION

| | |
|---|---|
| ZURI DEVERJA STEGER, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 5:09-CV-353 (MTT) |
| PAMELA STEVENS, | ) |
| Defendant. | ) |

## ORDER

This matter is before the Court on the Recommendation to Dismiss (Doc. 36) (the "Recommendation") of United States Magistrate Judge Claude W. Hicks, Jr. The Magistrate Judge, having reviewed the Defendant's Motion for Summary Judgment (the "Motion") (Doc. 30), recommends granting the Motion because the Plaintiff did not file a response to the Motion and there is no evidence supporting his allegations in the record. Even construed in a light most favorable to the Plaintiff, the Magistrate Judge could not find that the Defendant's actions rose to the level of deliberate indifference of the Plaintiff's serious medical needs. The Plaintiff did not file an objection to the Recommendation. The Court has reviewed the Recommendation, and the Recommendation is adopted and made the order of this Court. The Motion is **GRANTED**.

**SO ORDERED**, this the 22nd day of October, 2010.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT